91 F.3d 133
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
David M. SIMMS, Plaintiff-Appellant,
v.
John TAYLOR; W.D. Call; Sergeant Ross; Sergeant Jones;
Sergeant Jenkins, Defendants-Appellees.
 No. 96-6434.
 United States Court of Appeals, Fourth Circuit.
 Submitted: June 20, 1996.
Decided: July 31, 1996.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge. (CA-95-1269-R)
 David M. Simms, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, VA, for Appellees.
 W.D.Va.
 DISMISSED.
 Before HALL, WILKINS, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals an order of the magistrate judge denying his motion to reconsider a stay of the case pending exhaustion of the state grievance procedure. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED